**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7830**

———————————

FRANK O'NEAL JOHNSON,

Plaintiff - Appellant,

versus

FLOYD R. FRAZIER, Major; JEFFREY W. FRAZIER,
Captain; RAYMOND ROSSENER, Lieutenant; CRIT
BARTLEY, Officer,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  B. Waugh Crigler, Magistrate Judge.
(CA-94-499-R)

———————————

Submitted:  January 18, 1996          Decided:  February 15, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Frank O'Neal Johnson, Appellant Pro Se.  George Harrison Gilliam, GILLIAM, SCOTT & KRONER, P.C., Charlottesville, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1988) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Johnson v. Frazier</u>, No. CA-94-499-R (W.D. Va. Oct. 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The magistrate judge conducted the proceedings pursuant to 28 U.S.C. § 636(c) (1988).

2